# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:08 CV 045

| | |
|---|---|
| LOREE KAISER-FLORES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* of Thomas J. Wiegand. It appearing that Thomas J. Wiegand is a member in good standing with the Illinois Bar and will be appearing with Michael L. Robinson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* (#10) of Thomas J. Wiegand is **GRANTED**, and that Thomas J. Wiegand is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Robinson.

Signed: June 12, 2008

Dennis L. Howell
United States Magistrate Judge