LOREE KAISER-FLORES, Individually )
and on Behalf of All Others Similarly )
Situated, )
                                      )
        Plaintiff                     )
                                      )
        V                             )          **ORDER**
                                      )
LOWE'S HOME CENTERS, INC.,            )
                                      )
        Defendant.                    )

**THIS MATTER** is before the court on Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* of Robert Rothman.  It appearing that Robert Rothman is a member in good standing with the New York Bar and will be appearing with Norris A. Adams, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* (#22) of Robert Rothman is **GRANTED**, and that Robert Rothman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Norris A. Adams, II.

Signed: June 24, 2008

Dennis L. Howell
United States Magistrate Judge