# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08 CV 045

| | |
|---|---|
| LOREE KAISER-FLORES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
|     Plaintiff | ) ) |
| V | ) )    **ORDER** |
| LOWE'S HOME CENTERS, INC., | ) ) |
|     Defendant. | ) ) |

**THIS MATTER** is before the court on Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* of Timothy J. Kirk. It appearing that Timothy J. Kirk is a member in good standing with the Indiana Bar and will be appearing with Norris A. Adams, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* (#23) of Timothy J. Kirk is **GRANTED**, and that Timothy J. Kirk is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Norris A. Adams, II.

Signed: June 24, 2008

Dennis L. Howell
United States Magistrate Judge