IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:08 CV 045

| | |
|---|---|
| LOREE KAISER-FLORES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| LOWE'S HOME CENTERS, INC., ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* of Elizabeth C. Scott. It appearing that Elizabeth C. Scott is a member in good standing with the Illinois Bar and will be appearing with Michael L. Robinson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* (#78) of Elizabeth C. Scott is **GRANTED**, and that Elizabeth C. Scott is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Robinson.

Signed: August 20, 2009

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge